UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NEW YORK

CASE NO: 1:20-mc-00040-LJV

ANTONIO CABALLERO,

    Plaintiff,

vs.

FUERZAS ARMADAS
REVOLUCIONARIAS DE COLOMBIA,
a/k/a FARC-EP a/k/a
REVOLUTIONARY ARMED FORCES
OF COLOMBIA; and THE NORTE DE
VALLE CARTEL,

    Defendants.
_____/

## PLAINTIFF ANTONIO CABALLERO'S
## NOTICE OF PARTIAL SATISFACTION OF FINAL JUDGMENT

Plaintiff, Antonio Caballero, by and through undersigned counsel, hereby represents to the Court that collections have partially satisfied the non-trebled portion of his compensatory damages award such that the balance, without interest, due on the non-trebled portion of his compensatory damages set forth in his final judgment is currently $36,803,581.50, which is the amount he is seeking to attach within this Court's jurisdiction.

**DATED this 29th day of January 2021.**

Respectfully Submitted,

ZUMPANO PATRICIOS, P.A.

*/s/ Joseph I. Zumpano*
Joseph I. Zumpano
Florida Bar Number: 0056091
*Appearing Pro Hac Vice*
E-mail address: jzumpano@zplaw.com
Leon N. Patricios
Florida Bar Number: 0012777
*Appearing Pro Hac Vice*
E-mail address: lpatricios@zplaw.com
312 Minorca Avenue
Coral Gables, FL 33134
Telephone: (305) 444-5565

ZUMPANO PATRICIOS & POPOK, PLLC
Mitchell G. Mandell
Senior Partner
417 Fifth Avenue, Suite 826
New York, New York 10016
Tel: (212) 542-8125
Fax: (646) 665-4685
mmandell@zplaw.com

*Attorneys for Plaintiff Antonio Caballero*