IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

ANTONIO CABALLERO,

                        *Plaintiff*,

v.

FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA, ET AL.,

                        *Defendants*.

Civil Case No. 20-MC-00040-LJV

**UNOPPOSED MOTION FOR A TWO-WEEK EXTENSION OF TIME FOR THE UNITED STATES TO FILE ITS STATEMENT OF INTEREST**

On July 7, 2022, the United States informed the Court that it "anticipates filing a Statement of Interest in this matter." ECF No. 119. Pursuant to this Court's July 8, 2022 order, that Statement of Interest is due by September 6, 2022. ECF No. 120.

The United States has been working diligently to complete its Statement of Interest. As previously noted, finalizing the Statement of Interest requires extensive consultation with other Departments within the United States Government. It also requires the formal approval of the Principal Deputy Assistant Attorney General for the Civil Division. *See* ECF No. 119 (summarizing requirements). In light of the complex and novel legal issues involved,[1] the United States respectfully requests a two-week extension to allow all relevant stakeholders across the Government to complete the process of providing their input, and to permit the Department of Justice to finalize and formally approve the resulting Statement that reflects such input.

---

[1] *See, e.g.*, Order, ECF No. 106, at 2 (Court notes that "this action presents [a] unique scenario").

Counsel for the United States has conferred with Counsel for the Plaintiff and Counsel for the PDVSA entities, both of whom consent to this request. Counsel for the parties jointly request that the Court amend its briefing schedule to add two weeks to each of the current deadlines.[2] *See* Order, ECF No. 122 (setting amended briefing schedule). If the Court grants this request, the new schedule would be:

- The United States' Statement of Interest is due by September 20, 2022.
- Caballero's and PDVSA's responses are due by October 20, 2022.
- The United States' reply is due by December 5, 2022.
- Caballero's and PDVSA's replies are due by December 20, 2022.

The United States appreciates the Court's patience and consideration in this matter.

Dated September 6, 2022                                  Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

DIANE KELLEHER
Assistant Branch Director

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
Trial Attorney
U. S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, D.C. 20005
Tel.    (202) 514-1944
Email:  joseph.borson@usdoj.gov

*Counsel for the United States of America*

---

[2] The parties do not seek any changes in the page limitations this Court previously set.