UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NEW YORK

CASE NO: 1:20-mc-00040-LJV

ANTONIO CABALLERO,

    Plaintiff,

vs.

FUERZAS ARMADAS
REVOLUCIONARIAS DE COLOMBIA, a/k/a
FARC-EP a/k/a REVOLUTIONARY ARMED
FORCES OF COLOMBIA; and THE NORTE
DE VALLE CARTEL,

    Defendants.
_____/

**PLAINTIFF ANTONIO CABALLERO'S
NOTICE OF SCRIVENER'S ERROR ON PAGE 37 OF D.E. 132**

Plaintiff, Antonio Caballero ("Caballero"), respectfully gives notice of a scrivener's error in his Response to the Statement of Interest of the United States of America, filed on October 31, 2022, D.E. 132 (the "Response"). A scrivener's error appears in the second paragraph on page 37 of D.E. 132. In such paragraph referencing *Kirschenbaum II*, the Second Circuit is referenced on two occasions (once in the third line thereof, and then again in the ninth line thereof). Those references should be to the United States District Court for the Southern District of New York.

**DATED this 1st day of November 2022.**

Respectfully Submitted

**ZUMPANO PATRICIOS, P.A.**
312 Minorca Avenue
Coral Gables, FL 33134
Tel. (305) 444-5565

*/s/ Joseph I. Zumpano*
Joseph I. Zumpano
Florida Bar Number: 0056091
Appearing Pro Hac Vice
E-mail address: jzumpano@zplaw.com
Leon N. Patricios
Florida Bar Number: 0012777
Appearing Pro Hac Vice
E-mail address: lpatricios@zplaw.com
Gabriela Rosell
Florida Bar Number: 0111735
Appearing Pro Hac Vice
E-mail address: grosell@zplaw.com

**ZUMPANO PATRICIOS & POPOK, PLLC**
134 East 38th Street
New York, New York 10016
Ph: (212) 542-2564
Fax: (212) 320-0332

Nicholas Rostow
Zumpano Patricios & Popok, PLLC
Email: nrostow@zplaw.com

*Attorneys for Plaintiff Antonio Caballero*

### CERTIFICATE OF SERVICE

We hereby certify that the foregoing document was filed this 1st day of November 2022 via CM/ECF.

*/s/ Joseph I. Zumpano*
Joseph I. Zumpano